IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID ANTHONY FALLON,

    Plaintiff,

vs.

UNITED STATES GOVERNMENT,

    Defendant.

No. CIV S-06-1293 LKK KJM PS
No. CIV S-06-1729 LKK KJM PS

ORDER

    Plaintiff, proceeding pro se, filed the above-entitled actions. These matters were referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

    On October 20, 2006, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten days. Plaintiff has not filed objections to the findings and recommendations.

    The court has reviewed the files and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

/////

1

1. The findings and recommendations filed October 20, 2006, are adopted in full; and

2. These matters are dismissed for lack of subject matter jurisdiction.

DATED: November 17, 2006.

*Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT